## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Carol A. Wilson,** *et al.*, : | |
| : | **Case No. 3:15-cv-1039** |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| : | **Magistrate Judge Kemp** |
| **v.** : | |
| : | |
| **Bill Hawk, Inc.,** : | |
| : | |
| **Defendants.** : | |

### ORDER

This matter comes before the Court by way of the Magistrate Judge's Report and Recommendation, recommending that Plaintiff's motion for default judgment, (Doc. 10), be granted and judgment be entered against the defendant in the amount of $9,881.69 in accumulated interest and $2,090.00 for attorney's fees and costs. The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so.  No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on June 30, 2015, this Court **ADOPTS and AFFIRMS** the Magistrate Judge's Report and Recommendation. This case is hereby **DISMISSED**, and the clerk is directed to enter Judgment in favor of the Plaintiff in the amount of $9,881.69 in accumulated interest and $2,090.00 for attorney's fees and costs.

    **IT IS SO ORDERED.**

                                                             /s/ Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED:  October 2, 2015**